**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000730**
**09-OCT-2025**
**07:42 AM**
**Dkt. 68 OAWST**

NO. CAAP-23-0000730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHAEL R. MULHOLLAND; VALERIE MULHOLLAND; JOHN J. PENNINGTON; and LINDA EVANS, Plaintiffs-Appellants; CANDEE J. OBER, Plaintiff-Appellee, v. CRAIG M. SANDBERG; JULIE L. SANDBERG; FIRST HAWAIIAN BANK; THOMAS LLOYD HAYWOOD; ELIZABETH ANN HAYWOOD; CALIBER HOME LOANS, INC., Defendants/Cross-claimants-Appellees; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant-Appellee; SHERREL PULEO, Defendant/Cross-claimant/Third-Party Plaintiff-Appellee; BANK OF AMERICA, N.A., Defendant/Cross-claim Defendant-Appellee; FEDERAL HOME LOAN MORTGAGE CORPORATION, Third-Party Defendant-Appellee; and DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-21-0000217)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Nakasone, Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed on October 3, 2025, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties

stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawaiʻi, October 9, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge